UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODNEY FOSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18 CV 1014 CDP |
| EXETER FINANCE LLC, et al., | ) ) |
| Defendants. | ) ) |

# **JUDGMENT**

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that defendant Chex Systems, Inc. shall have summary judgment on plaintiff Rodney Foster's complaint, and shall recover reasonable attorney's fees in relation to filing ECF 94 and ECF 95.  Plaintiff shall take nothing on his claims, and his complaint is dismissed with prejudice.  Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2019.